

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00051-CR

RUBEN MIGUEL ALANIZ,

                                                        Appellant

 v.

THE STATE OF TEXAS,

                                                        Appellee

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-2237-C2**

# ABATEMENT ORDER

The appellant's brief is overdue in this appeal. The Clerk of the Court's September 18, 2014 letter to appellant's counsel states that appellant's brief was due to be filed on or before September 8, 2014 and that unless a brief or satisfactory response was received within 14 days, the Court would abate this cause so that the trial court can hold a hearing to determine why a brief has not been filed on appellant's behalf and to assure that appellant is receiving effective assistance of counsel.

Because appellant's brief was not filed within 14 days and the Court did not receive a timely satisfactory response, we abate this appeal so that the trial court can conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order. *See id.*

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal abated
Order issued and filed October 23, 2014
Do not publish

